ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP
LONG TERM DISABLITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MERTENS,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PERMANENTE MEDICAL GROUP LONG TERM DISABLITY PLAN,<br><br>          Defendants. | Case No.:   CV10-01457 BZ<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Judge :   Hon. Bernard Zimmerman<br><br>Action Filed:   April 6, 2010 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff Lydia Mertens ("Plaintiff") and The Permanente Medical Group Long Term Disability Plan, (referred hereinafter as "Defendant"), through their attorneys of record, as follows:

1. Defendant The Permanente Medical Group Long term Disability Plan was served with the Summons and Complaint on or about April 9, 2010 by Personal

1  Service, and The Permanente Medical Group Long Term Disability Plan's response to
2  the Complaint currently is due on or before April 30, 2010;

3      2.    Plaintiff and Defendant have agreed that defendant The Permanente
4  Medical Group Long Term Disability Plan may have an extension to and including
5  May 25, 2010 to answer or otherwise respond to the Complaint; and

6      3.    This extension of time to respond to the Complaint does not exceed thirty
7  (30) days, and no previous stipulation to extend the time to answer or otherwise
8  respond to the Complaint has been filed in this action.

10 Date: May 12, 2010                    WILSON, ELSER, MOSKOWITZ,
11                                     EDELMAN & DICKER LLP

13                                 By:  /s/ Adrienne C. Publicover
                                         ADRIENNE C. PUBLICOVER
14                                          Attorney for Defendant
                                         THE PERMANENTE MEDICAL GROUP
15                                          LONG TERM DISABILITY PLAN

17 Date: May 12, 2010                    LEWIS, FEINBERG, LEE,
18                                     RENAKER & JACKSON, P.C.

20                                 By:  /s/ Daniel Feinberg
                                         DANIEL FEINBERG
21                                          Attorney for Plaintiff
                                         LYDIA MERTERNS

**ORDER**

**IT IS SO ORDERED.**

Date: 13 May 2010    By: _____
                                  HONORABLE BERNARD ZIMERMAN
                                  UNITED STATES DISTRICT COURT JUDGE