Daniel Feinberg – CA State Bar No. 135983
dfeinberg@lewisfeinberg.com
Julia Campins – CA State Bar No 238023
jcampins@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LYDIA MERTENS,<br><br>   Plaintiff,<br><br> vs.<br><br>THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN,<br><br>   Defendants. | Case No. 10-01457 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM** |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff Lydia Mertens ("Plaintiff") and The Permanente Medical Group Long Term Disability Plan, (referred hereinafter as "Defendant"), through their attorneys of record, as follows:

  1. Defendant The Permanente Medical Group Long Term Disability Plan filed a Counterclaim against Plaintiff on May 25, 2010, and  Plaintiff's response to the Counterclaim currently is due on or before June 24, 2010;

  2. Plaintiff and Defendant have agreed that Plaintiff may have an extension to and including July 23, 2010, to answer or otherwise respond to the Counterclaim; and

3. This extension of time to respond to the Counterclaim does not exceed thirty (30) days, and no previous stipulation to extend the time to answer or otherwise respond to the Counterclaim has been filed in this action.

Date: June 17, 2010          WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

                       By:   _____/s/_____
                             ADRIENNE C. PUBLICOVER
                             DENNIS J. RHODES
                             Attorneys for Defendant
                             THE PERMANENTE MEDICAL GROUP
                             LONG TERM DISABILITY PLAN

Date: June 17, 2010          LEWIS, FEINBERG, LEE,
                             RENAKER & JACKSON, P.C.

                       By:   _____/s/_____
                             DANIEL FEINBERG
                             JULIA CAMPINS
                             Attorneys for Plaintiff
                             LYDIA MERTENS

                             **ORDER**

                             **IT IS SO ORDERED.**

Date:  6/18/10               By: [signature]
                             HONORABLE RICHARD SEEBORG
                             UNITED STATES DISTRICT COURT JUDGE
                              6/18/