ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP
LONG TERM DISABLITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MERTENS, | Case No.:   CV10-01457 RS |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER THEREON** |
| v. | |
| THE PERMANENTE MEDICAL GROUP LONG TERM DISABLITY PLAN, | |
| | Judge :    Hon. Richard Seeborg |
| Defendants. | Action Filed :    April 6, 2010 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff Lydia Mertens ("Plaintiff") and The Permanente Medical Group Long Term Disability Plan, (referred hereinafter as "Defendant"), through their attorneys of record, as follows:

Due to the calendar conflict of counsel for Defendant The Permanente Medical Group Long term Disability Plan, the parties stipulate that the Case Management Conference currently set for August 5, 2010, be continued to August 26, 2010, the date of the hearing of the pending motion to dismiss.

| | |
|---|---|
| 1 | |
| 2 | |
| Date: August 2, 2010 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
Attorney for Defendant
THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN

Date: August 2, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Daniel Feinberg
DANIEL FEINBERG
Attorney for Plaintiff
LYDIA MERTERNS

## ORDER

**IT IS SO ORDERED.**

Date: 8/2/10

By: _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
USDC NDCA Case # CV10-01457 RS
567819.1