**\*E-Filed  8/30/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LYDIA MERTENS,                                      No. C 10-01457 RS

        Plaintiff,                                **ORDER**

    v.

THE PERMANENTE MEDICAL GROUP
LONG TERM DISABILITY PLAN,

        Defendant.

_____/

    Having considered plaintiff's Administrative Motion for Leave to File Supplemental Brief in

Support of Plaintiff's Motion to Dismiss Defendant's Counterclaim, filed pursuant to Local Rule 7-

11, and good cause appearing, plaintiff's Administrative Motion is hereby granted.  The clerk is

directed to file plaintiff's Supplemental Brief, attached as Exhibit A to plaintiff's Administrative

Motion.  Any response from defendant must be no more than 3 pages in length and must be filed by

September 3, 2010.


    IT IS SO ORDERED.


Dated:  8/30/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California