1   ADRIENNE C. PUBLICOVER  (SBN 161432)
    Email: Adrienne.Publicover@WilsonElser.com
2   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3   525 Market Street, 17th Floor
    San Francisco, CA 94105
4   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
5
    Attorneys for Defendants
6   THE PERMANENTE MEDICAL GROUP
    LONG TERM DISABLITY PLAN
7
    DANIEL FEINBERG (SBN: 135983)
8   Email:  dfeinberg@lewisfeinberg.com
    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
9   476 - 9th Street
    Oakland, CA 94607
10  Telephone:    (510) 839-6824
    Facsimile:    (510) 839-7839
11
    Attorney for Plaintiff,
12  LYDIA MERTENS

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15  LYDIA MERTENS,                    Case No.:    CV10-01457 RS

16          Plaintiff,               **STIPULATION OF THE PARTIES TO USE
                                     OF PRIVATE ADR; and [PROPOSED]**
17      v.                           **ORDER**

18  THE PERMANENTE MEDICAL GROUP      Deadline to Complete Mediation:    12/9/2010
    LONG TERM DISABLITY PLAN,
19                                    Action Filed:                      4/6/2010
            Defendants.
20

21      TO  THE  HONORABLE  COURT  AND  TO  ALL  PARTIES  HEREIN  AND  THEIR

22  ATTORNEYS OF RECORD:

23      Plaintiff  LYDIA  MERTENS  and  defendant  THE  PERMANENTE  MEDICAL  GROUP

24  LONG  TERM  DISABILITY  PLAN  (hereinafter  "the  Parties"),  by  and  through  their  respective

25  counsel  of  record,  hereby  stipulate  and  respectfully  request  that  the  Court  amend  the  Case

26  Management Scheduling Order e-filed on September 10, 2010 wherein it referred the matter to the

27  Court's  Mediation  Program.   (Document No.: 25).   Thereafter, on September 14, 2010, the Court

28  appointed Court Mediator Robert S. Luft of JAMS to mediate the matter.  (Document No.: 37).

1

1   Pursuant to the Parties' Stipulation and Proposed Order Selecting ADR Process e-filed on August

2   17, 2010 (Document No.: 25), the parties respectfully request that the Court allow the parties to use

3   Private Mediation.  The current deadline to complete mediation is December 9, 2010.

4        The parties have scheduled a private mediation before Retired Judge Edward Infante (Ret.) at

5   JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111 for December 2, 2010.

6        For the reasons stated above, IT IS HEREBY STIPULATED AND AGREED by and

7   between the parties and their respective counsel of record that the Court permit and enter an Order

8   for the parties to use Private Mediation.

9   Date: October 14, 2010                    WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP
10

11
                                      By:    /s/ Adrienne C. Publicover
12                                           ADRIENNE C. PUBLICOVER
                                             Attorney for Defendant
13                                           THE PERMANENTE MEDICAL GROUP
                                             LONG TERM DISABILITY PLAN
14

15  Dated:  October 14, 2010                  LEWIS, FEINBERG, LEE, RENAKER
                                               & JACKSON, P.C.
16

17
                                      By:    /s/ Daniel Feinberg
18                                           DANIEL FEINBERG
                                             Attorney for Plaintiff,
19                                           LYDIA MERTENS

20

21                         **[PROPOSED] ORDER**

22        **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

23
          November 2,
24  Dated:  ~~October~~___, 2010
                                             RICHARD SEEBORG
25                                           UNITED STATES DISTRICT JUDGE

26

27

28