Daniel Feinberg – CA State Bar No. 135983
dfeinberg@lewisfeinberg.com
Julia Campins – CA State Bar No. 238023
jcampins@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 – 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Plaintiff*

Adrienne Publicover – CA State Bar No. 161432
adrienne.publicover@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LYDIA MERTENS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. 10-01457 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND [**~~PROPOSED~~**] ORDER** |

STIPULATION OF DISMISSAL [CASE NO. 10-01457 RS]                                                                         Page 1

Plaintiff LYDIA MERTENS and Defendant THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice, through the order listed *infra*.

Dated: January 3, 2011          Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:  /s/Julia Campins
Julia Campins
*Attorneys for Plaintiff*

Dated: January 3, 2011          Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By:  /s/Adrienne Publicover
Adrienne Publicover
*Attorneys for Defendant*

Pursuant to General Order 45, I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signature(s) on the document.

 /s/Julia Campins
Julia Campins

**IT IS SO ORDERED**

Dated: 1/6/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE